Daniel M. Benjamin (SBN 209240)
dbenjamin@mcnamarallp.com
Sara J. O'Connell (SBN 238328)
soconnell@mcnamarallp.com
Edward Chang (SBN 268204)
echang@mcnamarallp.com
McNamara Smith LLP
655 West Broadway, Suite 1600
San Diego, California 92101
Telephone: 619-269-0400
Facsimile: 619-269-0401

*Attorneys for Plaintiff Thomas W. McNamara in his capacity as the Court-appointed Receiver for PLCMGMT LLC, dba Prometheus Law*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS W. MCNAMARA, as the Court-Appointed Receiver for PLCMGMT LLC, dba PROMETHEUS LAW,<br><br>Plaintiff,<br><br>v.<br><br>LEE SAMUEL ALLEN; PETER BAUER; WILLIAM BAYLIN; JEFFREY BROWN; ANTHONY L. CANTU; MICHAEL GIVILANCZ; JONATHAN HARRIS; LORETTA KAZMAR; MARC LAMPERT; GENE LANGENBERG; ADAM LEITER; KIMBERLY LEITER; MICHAEL MCNAMARA; DANIEL MOSS JR.; ROXANNE ROPP; EDUARDO SOMMER; DAVID TERRY; ALPHA MATRIX, a Colorado limited liability company; C.J. INVESTMENT GROUP, LLC, a Colorado limited liability company; and LIFESTAGE PLANNING, INC., a Colorado corporation,<br><br>Defendants. | Case No. 2:17-cv-02858-TJH (FFMx)<br><br>**RECEIVER'S NOTICE OF COMPLETION OF ALTERNATIVE SERVICE ON DEFENDANT WILLIAM BAYLIN**<br><br>Judge: Hon. Terry J. Hatter, Jr.<br>Ctrm.: 9B<br><br>Related Cases:<br>*SEC v. PLCMGMT LLC, dba Prometheus Law, et al.*<br>U.S. District Court (C.D. Cal.)<br>Case No. 2:16-cv-02594-TJH (FFMx)<br><br>*McNamara v. Catipay, et al.*<br>U.S. District Court (C.D. Cal.)<br>Case No. 2:17-cv-04347-TJH (FFMx)<br><br>*McNamara v. Prometheus Capital Partners, LLC*<br>U.S. District Court (C.D. Cal.)<br>Case No. 2:17-cv-04821-TJH (FFMx) |

Pursuant to the Order entered September 15, 2017 (ECF No. 73), Plaintiff Thomas W. McNamara, in his capacity as the Court-appointed Receiver for PLCMGMT LLC dba Prometheus Law and its subsidiaries and affiliates completed service on Defendant William Baylin ("Baylin") by FedEx overnight delivery to 6149 Lake Murray Blvd., La Mesa, CA 91942-2501 and via e-mail at bbayffg@cox.net on September 19, 2017. *See* Declaration of Edward Chang at ¶¶ 3-5 and Exs. A-C.

On September 19, 2017, the Summons, Complaint, and other documents were also sent to Baylin via the e-mail at bbayffg@cox.net. We did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. *See id.* at ¶ 5.

Dated: September 21, 2017           MCNAMARA SMITH LLP

By: /s/ Edward Chang
Edward Chang
*Attorneys for Plaintiff Thomas W. McNamara in his capacity as the Court-appointed Receiver for PLCMGMT LLC, dba Prometheus Law*