Daniel M. Benjamin (SBN 209240)
dbenjamin@mcnamarallp.com
Sara J. O'Connell (SBN 238328)
soconnell@mcnamarallp.com
Edward Chang (SBN 268204)
echang@mcnamarallp.com
McNamara Smith LLP
655 West Broadway, Suite 1600
San Diego, California 92101
Telephone: 619-269-0400
Facsimile:  619-269-0401

*Attorneys for Plaintiff Thomas W. McNamara
in his capacity as the Court-appointed Receiver
for PLCMGMT LLC, dba Prometheus Law*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS W. MCNAMARA, as the Court-Appointed Receiver for PLCMGMT LLC, dba PROMETHEUS LAW,<br><br>Plaintiff,<br><br>v.<br><br>LEE SAMUEL ALLEN; PETER BAUER; WILLIAM BAYLIN; JEFFREY BROWN; ANTHONY L. CANTU; MICHAEL GIVILANCZ; JONATHAN HARRIS; LORETTA KAZMAR; MARC LAMPERT; GENE LANGENBERG; ADAM LEITER; KIMBERLY LEITER; MICHAEL MCNAMARA; DANIEL MOSS JR.; ROXANNE ROPP; EDUARDO SOMMER; DAVID TERRY; ALPHA MATRIX, a Colorado limited liability company; C.J. INVESTMENT GROUP, LLC, a Colorado limited liability company; and LIFESTAGE PLANNING, INC., a Colorado corporation,<br><br>Defendants. | Case No. 2:17-cv-02858-TJH (FFMx)<br><br>**RECEIVER'S NOTICE OF COMPLETION OF ALTERNATIVE SERVICE ON DEFENDANT MICHAEL MCNAMARA**<br><br>Judge:    Hon. Terry J. Hatter, Jr.<br>Ctrm.:     9B<br><br>Related Cases:<br>*SEC v. PLCMGMT LLC, dba Prometheus Law, et al.*<br>U.S. District Court (C.D. Cal.)<br>Case No. 2:16-cv-02594-TJH (FFMx)<br><br>*McNamara v. Catipay, et al.*<br>U.S. District Court (C.D. Cal.)<br>Case No. 2:17-cv-04347-TJH (FFMx)<br><br>*McNamara v. Prometheus Capital Partners, LLC*<br>U.S. District Court (C.D. Cal.)<br>Case No. 2:17-cv-04821-TJH (FFMx) |

Pursuant to the Order entered September 15, 2017 (ECF No. 73), on September 19, 2017, Plaintiff Thomas W. McNamara, in his capacity as the Court-appointed Receiver for PLCMGMT LLC dba Prometheus Law and its subsidiaries and affiliates completed service on Defendant Michael McNamara by FedEx overnight delivery to 303 S. Broadway, Suite 200 #755, Denver, CO 80209-1559 and via e-mail at michael@blueskyconsultingllc.net. *See* Declaration of Edward Chang at ¶¶ 3-5 and Exs. A-C.

On September 19, 2017, the Summons, Complaint, and other documents were also sent to Michael McNamara at the e-mail address michael@blueskyconsultingllc.net. We did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. *See id.* at ¶ 5.

Dated: September 21, 2017     MCNAMARA SMITH LLP

By:  /s/ Edward Chang
Edward Chang
*Attorneys for Plaintiff Thomas W. McNamara in his capacity as the Court-appointed Receiver for PLCMGMT LLC, dba Prometheus Law*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 21, 2017, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all participants in the case who are registered CM/ECF users.

I further certify that I have caused the foregoing to be mailed by First Class Mail, postage paid, to the following non-CM/ECF participants:

Eduardo Sommer
985 Deer Creek Trail
Buford, GA 30519


/s/ Edward Chang
Edward Chang

Case No. 2:17-cv-02858-TJH (FFMx)
NOTICE OF COMPLETION OF ALTERNATIVE SERVICE ON MICHAEL MCNAMARA